```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 15-03725-HWV
Heather Nichole Williams                                            Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke        Page 1 of 1         Date Rcvd: Jul 15, 2020
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2020.
                DFAS-DGG-CL,   Garnishment Operations,   PO Box 998002,   Cleveland, OH 44199-8002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2020 at the address(es) listed below:
              Atlas Acquisitions LLC    bk@atlasacq.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Elizabeth L Wassall    on behalf of Creditor    PNC Bank, National Association ewassall@udren.com,
               bankruptcy@udren.com
              James   Warmbrodt    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Kevin  Buttery    on behalf of Creditor    PNC Bank, N.A. kbuttery@rascrane.com
              Morris Anthony Scott    on behalf of Creditor    PNC Bank, National Association pabk@logs.com
              Morris Anthony Scott    on behalf of Creditor    PNC Bank, N.A. pabk@logs.com
              Paul C Bametzreider    on behalf of Creditor    Jonestown Bank & Trust Company
               paulb@reillywolfson.com, edonohue@reillywolfson.com
              Steven P. Miner    on behalf of Debtor 1 Heather Nichole Williams sminer@daleyzucker.com,
               aewing@daleyzucker.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                  TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                              :
                                                    :    CASE NO. 1-15-03725-HWV
HEATHER NICHOLE WILLIAMS                            :
            Debtor(s)                               :    CHAPTER 13

## ORDER

Upon Consideration of Debtor's Motion to Terminate Wage Attachment filed on behalf of Heather Nicole Williams, the Motion is granted and Debtor's employer is hereby directed to cease wage attachment.

Dated:  July 14, 2020                  By the Court,

                                       _____
                                       Henry W. Van Eck, Chief Bankruptcy Judge (JH)

Case 1:15-bk-03725-HWV   Doc 80-2   Filed 07/14/20   Entered 07/14/20 13:53:40   Desc
Proposed Order    Page 1 of 1
Case 1:15-bk-03725-HWV    Doc 84    Filed 07/17/20    Entered 07/18/20 00:30:21    Desc
Imaged Certificate of Notice    Page 2 of 2