United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 15-03725-HWV

Heather Nichole Williams  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Oct 15, 2020  Form ID: fnldec  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2020:**

**Recip ID**   **Recipient Name and Address**
db   +   Heather Nichole Williams, 302 Lighthouse Drive, Jonestown, PA 17038-8952

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2020   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2020 at the address(es) listed below:**

**Name**   **Email Address**

Atlas Acquisitions LLC
    bk@atlasacq.com

Charles J DeHart, III (Trustee)
    TWecf@pamd13trustee.com

Elizabeth L Wassall
    on behalf of Creditor PNC Bank  National Association ewassall@udren.com, bankruptcy@udren.com

James Warmbrodt
    on behalf of Creditor PNC Bank  N.A. bkgroup@kmllawgroup.com

James Warmbrodt
    on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com

Kevin Buttery
    on behalf of Creditor PNC Bank  N.A. kbuttery@rascrane.com

| | |
|---|---|
| Morris A Scott | on behalf of Creditor PNC Bank  N.A. mscott@zwickerpc.com |
| Morris A Scott | on behalf of Creditor PNC Bank  National Association mscott@zwickerpc.com |
| Paul C Bametzreider | on behalf of Creditor Jonestown Bank & Trust Company paulb@reillywolfson.com  edonohue@reillywolfson.com |
| Steven P. Miner | on behalf of Debtor 1 Heather Nichole Williams sminer@daleyzucker.com  aewing@daleyzucker.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Heather Nichole Williams,<br>**Debtor 1** | Chapter 13<br>Case No. 1:15−bk−03725−HWV |

Social Security No.: xxx−xx−2710

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: October 15, 2020

By the Court,

*[signature]*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

**fnldec** (05/18)